IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Corey Blocker
  Plaintiff
v
STATE OF MICHIGAN
  Defendant
GRETCHEN WHITMER
  Codefendant
UNITED STATES OF AMERICA
  Codefendant
JOE BIDEN
  Codefendant
MICHIGAN UNEMPLOYMENT AGENCY
  codefendant
SBA
  Codefendant

CASE #
Trial by Jury

FILED - LN
June 7, 2021 4:43 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: jlo /   SCANNED BY: TB/6/8/21

1:21-cv-467
Hala Y. Jarbou, U.S. District Judge
Phillip J. Green, U.S. Magistrate Judge

MOTION TO COLLATERAL ATTACK CASE 1:21-CV-447

Corey Blocker, makes this Collateral Attack of case 1:21-CV-447 for this Courts record and on this Courts record

This Court has committed Fraud upon the Court Allowing Judge Robert J Jonker to rule in this case therefore Fraud upon the Court has been committed a new trial must commence
Respectfully Submitted

I Certify that a true and exact copy of this instrument has been sent to each defendant via U.S mail on this the 7 day of June 2021
Respectfully Submitted

Gretchen Whitmer
PO BOX 30013
Lansing MI 48909
Attorney Generals Office
525 Ottawa st
Lansing MI 48933

Joe Biden
1600 Pennsylvania Ave NW
Washington D.C 20503

Michigan Unemployment Agency
PO BOX 169
Grand Rapids MI 49501

SBA
409 3rd st SW
Washington D.C 20416

Corey Blocker
3101 South Martin Luther King Jr Blvd
Unit 243
Lansing MI 48910
615-522-6659